**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------X

**KEVIN COLLIER,** :

*Plaintiff,* :

**- v. -** :

**FEDERAL COMMUNICATIONS COMMISSION,** :

*Defendant.* :

----------------------------------------------------------------------X

## COMPLAINT

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to order the production of Federal Communications Commission ("FCC") records concerning public feedback on the agency's proposed net neutrality rules. Defendant FCC has withheld these records despite proper FOIA requests.

## PARTIES

2. Plaintiff Kevin Collier ("Collier") is an investigative journalist whose articles have been read by millions.
3. The FCC is an agency of the United States with possession and control of the records sought by Plaintiff.

## JURISDICTION AND VENUE

4. This court has jurisdiction under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B).
5. Plaintiff resides in Brooklyn, New York and therefore venue is appropriate under 5 U.S.C. § 552(a)(4)(B).

## FACTS

Hackers and/or Comedian Disables FCC

6. "Net Neutrality" is the principle that internet service providers and governments must treat all data the same, not discriminating or charging differentially by user, content, website, or platform.

7. On April 26, 2017, FCC Chairman Ajit Pai announced plans to roll back Net Neutrality regulations previously promulgated by the agency.

8. On May 7, 2017, comedian John Oliver, the host of HBO's "Last Week Tonight," criticized the Chairman's proposals and encouraged viewers to visit a website with the name "gofccyourself.com." The site transported users directly to the official FCC page created to receive public comments on the proposal.

9. That evening, the FCC's website went down, which many attributed to a high volume of pro-neutrality comment traffic inspired by Oliver. However, FCC Chief Information Officer David Bray claimed that the outage was caused by malicious cyber-attacks, known as distributed denial-of-service (or "DDOS") attacks. (Exhibit A)

10. To date, the FCC has not provided any evidence of a DDOS attack to the public.

11. On May 9, 2017, United States Senators Ron Wyden and Brian Schatz wrote to Chairman Pai requesting further information concerning the alleged DDOS attack and the FCC's ability to defend against future attacks. (Exhibit B)

Anti-Neutrality Astroturf Comments

12. "Astroturfing" is the practice of creating the illusion of "grassroots" support for policies, providing the false impression of broad popular support.

13. In addition to the many thousands of pro-neutrality comments the agency received, the FCC

has also been flooded with more than 128,000 **identical anti-neutrality** comments. (Exhibit C)

14. Analysis of the comments indicates that many were astroturfed - submitted without the knowledge or consent of the individuals they were attributed to. (Exhibit C)
15. To date, the FCC has not provided any information on whether they believe the comments were part of an astroturf operation or how they intend to determine which, if any, are legitimate.

FOIA Requests and Constructive Denials

16. On May 22, 2017 Collier submitted two FOIA requests to the FCC.
17. The first FOIA request sought records relating to the alleged DDOS attack (the "DDOS Request").
18. The second FOIA request sought records relating to agency's analysis of the astroturf anti-neutrality comments (the "Astroturfing Request").
19. The FCC assigned Collier's requests tracking numbers "FCC-2017-000661" and "FCC-2017-000662" and granted expedited processing for each on the basis of "urgency to inform the public about an actual or alleged federal government activity."
20. The records requested are critically necessary to determine whether the FCC is taking appropriate steps to accurately account for public input into its rulemaking.
21. The FCC has provided no responsive records to Collier's request. By failing to provide - or formally deny - documents within twenty working days, the FBI has constructively denied the request under 5 U.S. Code § 552(a)(6)(A)(ii).

## CAUSE OF ACTION

Violation of the Freedom of Information Act for Wrongful Withholding of Agency Records

22. Plaintiff repeats and realleges paragraphs 1-21.

23. Defendant FCC has wrongfully withheld agency records requested by Plaintiff.

24. Plaintiff has exhausted all administrative remedies.

## REQUESTED RELIEF

WHEREFORE, Plaintiff requests this Court:

(A) Order defendant to provide access to the requested documents in their entirety;

(B) Expedite this proceeding as provided for in 28 U.S.C. § 1657;

(C) Award plaintiff costs and reasonable attorney fees in this action, as provided in 5 U.S.C. § 552(a)(4)(E); and

(D) Grant such other and further relief as may deem just and proper.

Dated: July 26, 2017

By: ______________________

Daniel Novack
NY BAR ID: 5010863
Law Office of Daniel R. Novack
4 New York Plaza (2nd Floor)
New York, NY 10004
Phone: (201) 213-1425
Email: Dan@NovackMediaLaw.com
*Counsel for Plaintiff*